UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GERALDINE BARKER,

       Plaintiff,                            Case No. 15-cv-11635
                                                   Hon. Matthew F. Leitman

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

       Defendant.

_____/

## ORDER GRANTING JOINT MOTION TO DISMISS
## CASE WITH PREJUDICE [ECF #17]

      This matter having come before the Court on the parties' Joint Motion to Dismiss Case with Prejudice,

      **IT IS HEREBY ORDERED** that the Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

      **IT IS SO ORDERED**.

                                                    /s/Matthew F. Leitman
                                                   MATTHEW F. LEITMAN
                                                   UNITED STATES DISTRICT JUDGE

Dated:   October 16, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 16, 2015, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (313) 234-5113